INTERIM REPORT
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 15-10425 AIH Judge: ARTHUR I. HARRIS | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|
| Case Name: | NAGEL, ALOYS JOHN | Date Filed (f) or Converted (c): | 01/29/15 (f) |
| | | 341(a) Meeting Date: | 03/09/15 |
| For Period Ending: 03/31/16 | | Claims Bar Date: | 06/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate: 3581 Stoney Ridge Road, Avon, OH | 105,480.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate: 3581 Stoney Ridge Road, Avon, OH inadvertently scheduled twice | 0.00 | 0.00 | | 0.00 | FA |
| 3. Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel & Bedding | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. 2004 Chevrolet Truck | 5,000.00 | 1,325.00 | | 1,325.04 | FA |
| 7. 1995 Harley Davidson Road King  Determined to have in sufficient value to administer. | 2,000.00 | 1.00 | | 0.00 | FA |
| 8. 2001 Ford Mustang | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 2003 Ford Econoline Van | 100.00 | 0.00 | | 0.00 | FA |
| 10. 1940 Chevy Truck (u)  Determined to be insuffient value to administer | 0.00 | 1.00 | | 0.00 | FA |
| 11. Business bank account (u)  Deteremined to have no value | 0.00 | 1.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $120,605.00 | $1,328.00 | | $1,325.04 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reviewed claims.  March 30, 2016, 10:40 am

Report of sale filed.  March 30, 2016, 10:30 am

LFORM1

Ver: 19.05f

| | |
|---|---|
| Case No: 15-10425 AIH Judge: ARTHUR I. HARRIS | Trustee Name: LAUREN A. HELBLING |
| Case Name: NAGEL, ALOYS JOHN | Date Filed (f) or Converted (c): 01/29/15 (f) |
| | 341(a) Meeting Date: 03/09/15 |
| | Claims Bar Date: 06/22/15 |

WD of motion for TO of 2004 Chevy filed (notice of intent to sell was filed on 4/29/15). Notice of default e-mailed to counsel; cc to debtor. May 14, 2015, 09:40 am

TT to counsel. Spoke with Lori. Need to instruct their client to cooperate and call the auctioneers back. May 05, 2015, 01:47 pm

Ken Long plans on scheduling a viewing on May 20, 2015. Will confirm. April 29, 2015, 01:00 pm

Contact info for debtor e-mailed to Ken Long. Pics of 1940 Chevy truck mailed to Grossman for evaluation and consideration. Notice of intent to sell equity in 2004 Chevy truck to debtor filed. E-mail to counsel re same. April 29, 2015, 12:52 pm

Pics of 1995 Harley and 1940 Chevy truck e-mailed to auctioneer for valuation. April 21, 2015, 11:16 am

E-mail to counsel re dox recieved and dox still needed. Marked calendar for 4/24/15. April 16, 2015, 01:51 pm

Motion for examination and motion for TO filed. April 10, 2015, 12:44 pm

Application to employ LAH filed. E-mail to counsel re vehicles. March 12, 2015, 02:26 pm

Trustee is pursuing equity in 3 vehicles and an unscheduled business bank account. March 09, 2015, 02:56 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 12/31/16

/s/ LAUREN A. HELBLING
_____ Date: 04/19/16
LAUREN A. HELBLING

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 15-10425 -AIH | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|
| Case Name: | NAGEL, ALOYS JOHN | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******5183  Checking |
| Taxpayer ID No: | *******2045 | | |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 110.42 |
| 05/26/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 220.84 |
| 07/10/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 331.26 |
| 08/05/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 441.68 |
| 09/09/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 552.10 |
| 10/12/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 662.52 |
| 11/09/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 772.94 |
| 12/09/15 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 883.36 |
| 01/04/16 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD<br>AVON, OH  44011 | purchase of auto | 1129-000 | 110.42 | | 993.78 |
| 02/08/16 | 6 | ALOYS JOHN NAGEL<br>3581 STONEY RIDGE ROAD | purchase of auto | 1129-000 | 110.42 | | 1,104.20 |

Page Subtotals        1,104.20        0.00

Ver: 19.05f

LFORM24

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10425 -AIH | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|
| Case Name: | NAGEL, ALOYS JOHN | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******5183 Checking |
| Taxpayer ID No: | *******2045 | | |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/16 | | AVON, OH 44011 Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,094.20 |
| 03/07/16 | 6 | ALOYS JOHN NAGEL 3581 STONEY RIDGE ROAD AVON, OH 44011 | purchase of auto | 1129-000 | 220.84 | | 1,315.04 |
| 03/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,305.04 |

```
                                    COLUMN TOTALS                  1,325.04      20.00        1,305.04
                                    Less: Bank Transfers/CD's          0.00       0.00
                                    Subtotal                       1,325.04      20.00
                                    Less: Payments to Debtors                     0.00
                                    Net                            1,325.04      20.00
                                                                                 NET         ACCOUNT
                                    TOTAL - ALL ACCOUNTS          NET DEPOSITS   DISBURSEMENTS  BALANCE
                                    Checking - ********5183        1,325.04      20.00        1,305.04
                                                                   ----------    ----------   ----------
                                                                   1,325.04      20.00        1,305.04
                                                                   ==========    ==========   ==========
                                                                  (Excludes Account (Excludes Payments  Total Funds
                                                                   Transfers)    To Debtors)    On Hand
```

Page Subtotals    220.84    20.00

LFORM24

Ver: 19.05f

15-10425-aih    Doc 34    FILED 04/19/16    ENTERED 04/19/16 15:39:51    Page 4 of 4